■ ROBERT B. DUNCAN, an Infant, by CHARLES G. DUNCAN, His Guardian ad Litem, et al., Respondents, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Appellants.— Action by an infant to recover damages for personal injuries alleged to have been caused when a door-closing device on a door in a school building did not operate normally but instead permitted the door to slam shut on the infant's finger, and by his father for medical expenses. The appeal is from a judgment entered on the verdict of a jury in favor of respondents. Judgment reversed and new trial granted, with costs to abide the event. The record does not sustain the finding implicit in the verdict that the appellants had knowledge or notice of the alleged dangerous condition as required by the charge of court to which no objection was taken. Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ ELLEN M. FARRELL, Appellant, v. BERGEN V. FARRELL, Respondent.— In an action by a wife to annul a marriage, an order was made on reargument granting custody of the child of the parties to the wife and granting the husband visitation rights. The appeal is from so much of the order as provides that visitation shall take place in the presence of a third party to be named by appellant or in lieu thereof in appellant's presence, and as provides for visitation on certain designated holidays. Order affirmed, without costs. No opinion. Nolan, P. J., Wenzel, Beldock, Hallinan and Kleinfeld, JJ., concur.

■ GAS PURIFYING MATERIALS CO., INC., Respondent, v. GEORGE H. NUTMAN, INC., Appellant.— An action by respondent to recover the price of goods sold and delivered was consolidated with an action by appellant to recover damages arising from the alleged failure to deliver the goods actually purchased, and for other relief. The appeal is from a judgment entered after trial by the court without a jury in favor of respondent and against appellant. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ.

■ DIEGO GENNARO, Respondent, v. STANDARD FRUIT & STEAMSHIP COMPANY, Appellant.— In an action to recover damages for personal injuries, an order dated October 24, 1956 denied respondent's motion to vacate an order of preclusion, unless respondent, within 10 days thereafter, serve a further bill of particulars in full compliance with the order of preclusion, in which event the motion was to be granted. The order dated October 24, 1956 also granted appellant's motion for summary judgment dismissing the complaint unless respondent so serve such further bill of particulars, in which event appellant's motion was to be denied. The appeal is from so much of the order dated October 24, 1956 as conditionally denies respondent's motion and conditionally grants appellant's motion. Order insofar as appealed from affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Beldock, Hallinan and Kleinfeld, JJ., concur.